```
 1   MICHAEL C. COHEN (SBN 93700)
     DE CASTRO, WEST & CHODOROW, INC.
 2   10960 Wilshire Boulevard, Suite 1400
     Los Angeles, California 90024-3881
 3   Telephone:  (310) 478-2541
     Fax:  (310) 473-0123
 4
     Attorneys for Plaintiff
 5
     NORA M. MANELLA
 6   United States Attorney
     EDWARD M. ROBBINS, JR.
 7   Assistant United States Attorney
     Chief, Tax Division
 8   THOMAS D. COKER
     Assistant United States Attorney
 9        Room 2315, Federal Building
          300 North Los Angeles Street
10        Los Angeles, CA 90012
          Telephone:  (213) 894-2454
11        Facsimile:  (213) 894-0115
12
13              IN THE UNITED STATES DISTRICT COURT
14              FOR THE CENTRAL DISTRICT OF CALIFORNIA
15                         WESTERN DIVISION
16   PCCE, INC.,                )   NO.  CV 96-495 AHS (Eex)
                                )        SA
17            Plaintiff,        )   STIPULATION TO REMOVE CASE
                                )   FROM ACTIVE CASE DOCKET FOR
18        v.                    )   REASON OF SETTLEMENT; ORDER
                                )   THEREON
19   UNITED STATES OF AMERICA and)
     INTERNAL REVENUE SERVICE,  )   Pretrial Conference
20                              )   Date: November 3, 1997
              Defendants.       )   Time: 2:00 p.m.
21                              )   Trial
                                )   Date: December 9, 1997
22   _____)   Time: 10:00 a.m.
23
24                          STIPULATION
25        The parties to the above-captioned action, by their
26   undersigned counsel, hereby represent as follows:
27   / / /
28   / / /
```

Stamps: FILED OCT 10 1997, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION AT SANTA ANA, BY DEPUTY

Docketed / Mld copy Ptys / Mld Notice Ptys / JS-6

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE. DATED 10-14-97 DEPUTY CLERK

Handwritten: JS-6 Enter

1.     1.   The parties have reached a tentative basis for settlement of the remaining claims in the case. The proposed settlement must be authorized on behalf of the Attorney General.

    2.   The parties need additional time to obtain such authorization and to complete the processing of the settlement.

    Accordingly, the parties hereby stipulate and agree, and respectfully request, that for reason of settlement, the Court remove this case from its active case docket and order the parties to file six months from now either a joint status report regarding the consummation of the settlement or a stipulation and proposed order disposing of the case. The parties expect that by that time, the settlement will have been processed and that they should be able to file the appropriate stipulation and proposed order finally resolving the case.

    In light of the settlement, the parties further respectfully request that the Court vacate the pretrial

/ / /

1 conference date of November 3, 1997 at 2:00 p.m. and the trial
2 date of December 9, 1997 at 10:00 a.m.

3                                           Respectfully submitted,

5 Dated: October 6, 1997     /s/ Michael C. Cohen
6                                         Michael C. Cohen, Esq.
                                        DE CASTRO, WEST & CHODOROW, INC.
7                                         10960 Wilshire Blvd., 14th Floor
                                        Los Angeles, CA 90024
8                                         Telephone: (310) 478-2541
                                        Facsimile: (310) 473-0123

9                                         Attorney for Plaintiff

10                                        NORA M. MANELLA
11                                        United States Attorney
                                        EDWARD M. ROBBINS, JR.
12                                        Assistant United Sates Attorney
                                        Chief, Tax Division
13

14
15 Dated: October 7, 1997     /s/ Thomas D. Coker
                                        Thomas D. Coker, Esq.
                                        Assistant United States Attorney
16                                         Room 2315 Federal Building
                                        300 N. Los Angeles St.
17                                         Los Angeles, CA 90012

18                                         Attorney for Defendants

21                                               <u>ORDER</u>

22     The above-recited stipulation of the parties is hereby
23 APPROVED.

24     FOR GOOD CAUSE SHOWN, it is hereby ORDERED as follows:

25     1.   The above-captioned action is hereby removed from the
26 Court's active case docket in light of the settlement between
27 the parties.

28

1     2.    The parties are ordered to file a joint status report or lodge a stipulation and proposed order to finally resolve this case on or before April 6, 1998.

    3.    The Court hereby vacates the pretrial conference date of November 3, 1997 at 2:00 p.m. and the trial date of December 9, 1997.

**IT IS SO ORDERED.**

Dated: OCT 10 1997

                                            ALICEMARIE M. STOTTLER
                                            United States District Judge

m:\tempdocs\mcc\carabini\monex\pleading\stip-dkt.pld